IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREDERICK S. LEACH, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-0921 |
| | § | |
| BAYLOR COLLEGE OF MEDICINE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

This court set a telephone conference for December 18, 2008 and December 19, 2008. Plaintiff failed to appear for either conference. A conference is now set for **January 9, 2009, at 10:00 a.m.**, in Courtroom 11-B. Dr. Leach and counsel for the defendant must appear in person. Failure to appear may result in sanctions.

SIGNED on December 22, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge