IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREDERICK S. LEACH, M.D., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-0921 |
| | § | |
| BAYLOR COLLEGE OF MEDICINE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 17, 2009, this court granted Defendant Baylor College of Medicine's motion for summary judgment and entered final judgment in this case. (Docket Entry Nos. 47, 48). On February 19, 2009, Dr. Frederick Leach moved to compel Baylor to produce documents needed to prepare the joint pretrial order. (Docket Entry No. 49). Based on the entry of final judgment, Dr. Leach's motion to compel is denied as moot.

SIGNED on March 10, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge